**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

IANCU FLORIAN,

Petitioner,

v.

WARDEN, Otay Mesa Detention Center, et. al.

Respondents.

Case No.: 26-cv-4631-BJC-DEB

**ORDER GRANTING JOINT MOTION TO DISMISS**

**[ECF No. 7]**

On September 3, 2026, the parties jointly moved to dismiss the instant Petition for Writ of Habeas Corpus. ECF No. 7. The parties indicate Petitioner was granted bond and released from immigration custody, thereby receiving the relief she sought in the petition. Good cause appearing, the Court GRANTS the joint motion and DISMISSES the petition without prejudice. The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated: September 9, 2026

Honorable Benjamin J. Cheeks
United States District Judge